UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
MARYCLAIRE KRUMHOLZ,

                       Plaintiff,

                                                                                   **ORDER**
            -against-                                       CV 09-4277 (JFB)(ARL)

VILLAGE OF NORTHPORT,

                       Defendant.
-------------------------------------------------------------X

**LINDSAY, Magistrate Judge:**

     Before the court is the plaintiff's letter application dated December 3, 2010, seeking partial reconsideration of the court's December 1, 2010 order. Specifically, defendant requests that the court reconsider that portion of the order which granted defendant's motion to compel Document Demand No. 1 which provides:

> Copies of any and all statements including account numbers for checking, savings, or other financial accounts, certificates of deposit or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives, or trusts, for plaintiff, plaintiff's spouse, all of plaintiff's children, and plaintiff's parents from 2003 to present. Include releases to allow defendants to obtain such documents from each and every financial institution.

Defendant opposes the application and requests that the court reconsider the defendant's November 19, 2010 motion to compel.

     Plaintiff's application is granted, in part. Having reviewed the parties' submissions, the court agrees with plaintiff only to the extent that the portion of Document Demand No. 1 which seeks information relevant to "plaintiff's spouse, all of plaintiff's children, and plaintiff's parents" has no apparent relevance to the issues in the case. Accordingly, defendant's motion to compel that portion of Document Demand No. 1 is denied.


Dated: Central Islip, New York                **SO ORDERED:**
       December 10, 2010                              /s/
                                                    ARLENE ROSARIO LINDSAY
                                                    United States Magistrate Judge